# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

CAROL L. MICHEL                           500 POYDRAS ST.  ROOM C-151

CLERK                                     NEW ORLEANS, LA  70130

June 30, 2021

Clerk
Civil District Court
Parish of Orleans
421 Loyola Ave., Room 402
New Orleans, LA 70112-1198

           RE:  **Paul Piazza & Son, Inc., et al**
                v.
                **Raul Garcia, et al**
                Civil Action No. 21-912 G(1)
                Your No. 21-01831 N(8)

Dear Sir:

    I am enclosing herewith a certified copy of an order entered by this court on 6/29/2021 remanding the above-entitled case to your court.

                Very truly yours,

                CAROL L. MICHEL, CLERK

                By: _____
                                *Deputy Clerk*

Enclosure